UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORGAN BROWN,<br><br>        Plaintiff,<br><br>    vs.<br><br>REDLANDS SCHOOL BOARD, ET AL.,<br><br>        Defendants. | Case No. EDCV 13-0590-JLS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that defendants' Motion to Dismiss is granted as follows: (a) Plaintiff's Title VII and Thirteenth Amendment claims against defendants in their official capacities for monetary damages are dismissed without leave to amend; (b) plaintiff's claims against Rhodes, Cullen, Inbody, and Rivera ,in their individual capacities, are dismissed with leave to amend; (c) plaintiff's Title VI,

1  Title VII, and Thirteenth Amendment claims are dismissed with leave to amend; and
2  (d) plaintiff's Title VI claim is dismissed against Rhodes, Cullen, Inbody, Rivera, and
3  Stangel without leave to amend.
4      Plaintiff is hereby ORDERED, if he still desires to pursue his claims dismissed
5  with leave to amend, to file a Second Amended Complaint remedying the deficiencies
6  discussed in the Magistrate Judge's Report and Recommendation within thirty (30)
7  days of the date of this Order. The Clerk has sent plaintiff a blank Central District
8  civil rights complaint form, which plaintiff is encouraged to utilize should he file a
9  Second Amended Complaint.
10     If plaintiff chooses to file a Second Amended Complaint, it should bear the
11 docket number assigned in this case; be labeled "Second Amended Complaint"; and
12 be complete in and of itself without reference to the Complaint, the FAC, or any other
13 pleading, attachment, or document.
14     Plaintiff is admonished that, if he fails to timely file a Second Amended
15 Complaint, the Court will recommend that this action be dismissed without prejudice
16 for failure to diligently prosecute.
17
18 Dated: October 1, 2013                          JOSEPHINE L. STATON
19                                                   JOSEPHINE L. STATON
                                                  UNITED STATES DISTRICT JUDGE