# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORGAN BROWN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REDLANDS SCHOOL BOARD, ET AL.,<br><br>　　　　Defendants. | Case No. EDCV 13-0590-JLS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the Second Amended Complaint without prejudice but without leave to amend.

Dated: January 16, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE