JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORGAN BROWN,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>REDLANDS SCHOOL BOARD, ET AL.,<br><br>　　　　　Defendants. | Case No. EDCV 13-0590-JLS (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice but without leave to amend.

Dated: January 16, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE