# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORGAN BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>REDLANDS SCHOOL BOARD, ET AL.,<br><br>    Defendants. | Case No. EDCV 13-0590-JLS (DTB)<br><br>AMENDED ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge, as modified below.

In accepting the Report and Recommendation, the Court notes that the Magistrate Judge throughout recommends that the matter be dismissed without leave to amend, which ordinarily implies that it is to be dismissed with prejudice. See, e.g., Schmier v. U.S. Court of Appeals for Ninth Circuit, 279 F.3d 817, 824 (9th Cir. 2002) (describing "a decision granting a motion to dismiss with prejudice, i.e., without leave

to amend"). The Report and Recommendation concludes, however, with the recommendation that the case be dismissed without leave to amend and <u>without</u> prejudice. The Court assumes that this is a scrivener's error, as the Court adopts the Report and Recommendation's reasoning that: (1) Plaintiff's Thirteenth Amendment claims fail as a matter of law, and; (2) even if Plaintiff now attempted to exhaust the requisite administrative remedies before filing his statutory retaliation claims, those claims would be time-barred. Dismissal with prejudice is appropriate when a claim cannot be saved by amendment, as neither Plaintiff's time-barred claims nor his Thirteenth Amendment claims may be. <u>See, e.g.</u>, <u>Dougherty v. City of Covina</u>, 654 F.3d 892, 901 (9th Cir. 2011).

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Second Amended Complaint without leave to amend.

Dated: January 16, 2015

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE